EGG MART, INC., Respondent, *v.* PILGRIM HYGRADE ICE CREAM, Appellant.

Submitted April 12, 1948; decided April 22, 1948.

*Irving E. Field* and *K. Karl Klein* for motion.

*George Katzowitch* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the rules of this court are filed.